UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| BRENDA C. NAILOR, | Civil No. 3:09-CV-5524-RJB-JRC |
|---|---|
| Plaintiff, | |
| vs. | ORDER AMENDING THE BRIEFING SCHEDULE |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant. | |

Based on Defendant's motion, and noting that Plaintiff does not object, it is hereby ORDERED that the Scheduling Order shall be amended as follows:

- Defendant shall have up to and including February 15, 2010, to file Defendant's responsive brief;

- Plaintiff shall have up to and including March 1, 2010, to file an optional reply brief; and

- Oral argument shall be requested by March 8, 2010.

DATED this 11th day of January 2010.

J. Richard Creatura
United States Magistrate Judge

Page 1     ORDER - [3:09-CV-5084-FDB-JRC]