1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

BRENDA C. NAILOR,

        Plaintiff,

   v.

MICHAEL J. ASTRUE, Commissioner of Social Security Administration,

        Defendant.

Case No. C09-5524RJB

ORDER ADOPTING REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE, AND REMANDING CASE TO THE COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION

     This matter comes before the court on review of the Report and Recommendation of the magistrate judge. Dkt. 16. The court has considered the Report and Recommendation, defendant's objections (Dkt. 17), plaintiff's response to the objections (Dkt. 18), and the remainder of the file herein.

     On April 28, 2010, U.S. Magistrate Judge Richard J. Creatura issued a Report and Recommendation, recommending that this case be remanded to the Commissioner of Social Security for further consideration. Dkt. 16.

     On May 14, 2010, defendant filed objections, requesting that the court review the matter de novo pursuant to 28 U.S.C. § 636(b)(1) and affirm the final decision of the Commissioner. Dkt. 17. Defendant contends that the ALJ considered and thoroughly discussed plaintiff's hand and wrist problems, and depression, and specifically noted that she had considered the combined effects of all of plaintiff's

medically determinable impairments in the remaining steps of the sequential evaluation process. Further, defendant maintains that the ALJ properly considered plaintiff's depression, and her hand and wrist impairments at step three, in evaluating plaintiff's credibility, in making the finding on residual functional capacity; and at step four.

The court has reviewed the record *de novo*. The record supports a finding that plaintiff's wrist and hand pain was severe and more than *de minimis*; and that plaintiff suffers from depression, which had more than a minimal effect on her ability to work. The ALJ erred at step two, which requires a new evaluation of plaintiff's credibility and residual functional capacity. The court concurs with the analysis and conclusion of the Magistrate Judge. This case should be remanded to the Commissioner of the Social Security Administration for further consideration, consistent with the Report and Recommendation.

Therefore, it is hereby **ORDERED** that

The Report and Recommendation of the magistrate judge (Dkt. 16) is **ADOPTED**. This case is **REMANDED** to the Commissioner of the Social Security Administration for further consideration, consistent with the Report and Recommendation.

The Clerk is directed to send uncertified copies of this Order to all counsel of record and to any party appearing *pro se* at said party's last known address.

DATED this 7th day of June, 2010.

Robert J. Bryan
United States District Judge