# United States District Court

## WESTERN DISTRICT OF WASHINGTON

BRENDA C. NAILOR

v.

MICHAEL J. ASTRUE,
Commissioner of Social Security Administration

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C09-5524RJB

__    **Jury Verdict**. This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

XX    **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

The Report and Recommendation of the magistrate judge (Dkt. 16) is **ADOPTED**.  This case is **REMANDED** to the Commissioner of the Social Security Administration for further consideration, consistent with the Report and Recommendation.

_____June 8, 2010_____
Date

_____BRUCE RIFKIN_____
Clerk

_____*s/CM Gonzalez*_____
Deputy Clerk